

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-77,013

**EX PARTE DONNA MARIE DAVENPORT-FRITSCHE, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 12-05-04698-CR IN THE 410TH DISTRICT COURT
### FROM MONTGOMERY COUNTY

*Per curiam*.

**O P I N I O N**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to the state jail felony offense of possession of a controlled substance, and was sentenced pursuant to Section 12.44(a) of the Texas Penal Code to sixty days' county jail imprisonment. She did not appeal her conviction.

Applicant contends that newly available evidence proves that she is actually innocent of the offense. At the time of Applicant's arrest, the substance seized from her vehicle field-tested positive for methamphetamine. After she pleaded guilty to this offense, the Texas Department of Public

Safety Crime Laboratory issued a report indicating that laboratory analysis of the evidence detected no controlled substance.

The trial court has determined that Applicant has established by clear and convincing evidence that no reasonable juror would have convicted her in light of the new evidence. *Ex parte Elizondo*, 947 S.W.2d 202, 208 (Tex. Crim. App. 1996). The trial court concludes that Applicant has demonstrated that she is actually innocent of the offense to which she pleaded guilty.

Relief is granted. The judgment in Cause No. 12-05-04698-CR in the 410th District Court of Montgomery County is set aside.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: April 17, 2013
Do not publish